RECEIVED

~~OCT 4 2005~~

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 4 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1722

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE DIAMOND ANTITRUST LITIGATION

→ our Civil 05-4849

*Emert A. Null, et al. v. DB Investments, Inc., et al.*, S.D. Illinois, C.A. No. 3:05-516
*Anco Industrial Diamond Corp., et al. v. DB Investments, Inc., et al.*, D. New Jersey,
   C.A. No. 3:01-4463
*Shawn Sullivan, et al. v. DB Investments, Inc., et al.*, D. New Jersey, C.A. No. 3:04-2819
*British Diamond Import Co. v. Central Holdings Ltd., et al.*, D. New Jersey,
   C.A. No. 3:04-4098

### ORDER DEEMING MOTION MOOT

Before the Panel is a motion by defendant De Beers Centenary A.G. seeking centralization of the four listed actions, pursuant to 28 U.S.C. § 1407, in the District of New Jersey for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed Southern District of Illinois action was transferred, pursuant to 28 U.S.C. § 1404(a), to the District of New Jersey by the Honorable Michael J. Reagan in an order filed on October 3, 2005, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion of De Beers Centenary A.G. for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel