**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHAWN SULLIVAN, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>DB INVESTMENTS, INC., *et al.*<br>Defendants. | Civil Action Index Nos.<br>04-CV-2819 (SRC) |
| ANCO INDUSTRIAL DIAMOND CORP., *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>DB INVESTMENTS, INC., *et al.*<br>Defendants. | 04-CV-2819 (SRC) |
| BRITISH DIAMOND IMPORT COMPANY, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>CENTRAL HOLDINGS, LTD, *et al.*<br>Defendants. | 04-CV-2819 (SRC) |

**DECLARATION OF THOMAS R. GLENN**
**RE: REQUESTS FOR EXCLUSION RECEIVED FROM THE SETTLEMENT CLASSES**

I, Thomas R. Glenn, declare as follows:

1. I am the Senior Vice President and Chief Operating Officer of Complete Claim Solutions, LLC ("CCS") and Principal Consultant with Rust Consulting, Inc. ("Rust"). Both CCS and Rust serve as the claims administrator (collectively, the "Claims Administrator") for the settlement of the above-captioned actions. I am responsible for supervising the class action

administration services provided by CCS and have personal knowledge of the services provided by Rust and CCS in connection with the Settlement, including the procedures for collecting and maintaining exclusions received. I make this declaration pursuant to ¶ 9 of the Court's October 1, 2007 Order (1) Approving Forms of Notice of Class Action Settlement, Method of Disseminating Notice and Claim Forms, and (2) Directing Dissemination Of Notice (the "Order"), to provide a listing of all persons or entities that have timely and validly requested exclusion from the settlement classes. I have personal knowledge of the facts set forth below.

2. There are two (2) classes in this Settlement, the Direct Purchaser Class and the Indirect Purchaser Class and there are also two (2) subclasses in the Indirect Class which are the Indirect Purchaser Reseller Subclass and the Indirect Purchaser Consumer Subclass.

3. The Order required Requests for Exclusion from the Classes to be sent to the Claims Administrator and be postmarked on or before March 4, 2008. As of March 16, 2008, the following is a breakdown by Class and Subclass of the Requests for Exclusion postmarked on or before March 4, 2008:

**Direct Purchaser Class:**

The Claims Administrator received five (5) Requests for Exclusion from:

1. John-Robert: Hasson
2. Bruce Smith Ltd.
3. WHD Co.
4. Gay Jeweler, Inc.
5. K E Butler & Co Jewelers

True and correct copies of items 1 - 5, above, are attached as Exhibit A.

**Indirect Purchaser Class:**

*(a) Indirect Purchaser Reseller Subclass:*

The Claims Administrator received sixty-six (66) Requests for Exclusion from:

| | | | | | |
|---|---|---|---|---|---|
| 1. | J & J Jewelry & Gifts | 23 | Linn & Owen Jewelers | 45. | John-Robert: Hasson |
| 2. | Lux Bond & Green | 24. | Bruce Smith Ltd. | 46. | William Halpert |
| 3. | Dale's Jewelry | 25. | Agustin Meizoso | 47. | Angel Figueroa |
| 4. | Annette Cancel | 26. | Ashley Brown | 48. | Barton Jenkins |
| 5. | Belinda Hines | 27. | Ben Scandlen | 49. | Bill Caypless |
| 6. | Blanca Torrado | 28. | Brent Taylor | 50. | Brian Culwell |
| 7. | Bridget Strength | 29. | Cathy Davis | 51. | Cheryl Reed |
| 8. | Chris Davis | 30. | Cindy Spivey | 52. | D. W. Shelnutt |
| 9. | Dan W. Taliaferro | 31. | Davida Boykin | 53. | Diane Shelnutt |
| 10. | Elizabeth Ortiz | 32. | Eric Quetglas | 54. | Gay Jeweler, Inc. |
| 11. | Gold N Scents | 33. | Ice, LLC | 55. | James E. Johnston |
| 12. | James McDonough | 34. | Janet Davis | 56. | Jeff Davis |
| 13. | Jerry Revis | 35. | Jerry Riley | 57. | Joan Brown |
| 14. | Joan Lopez | 36. | Jodi Turner | 58. | Jose Quetglas |
| 15. | Juan Ferrer | 37. | K E Butler & Co Jewelers | 59. | Lamar Davis |
| 16. | Marieli Quetglas | 38. | McKay Enterprises | 60. | Miguel Velzquez |
| 17. | Misty Lambert | 39. | Myrthia Larrauri | 61. | Raquel Bonilla |
| 18. | Regina Russell | 40. | Ronnie McKay | 62. | Sandra Lobos |
| 19. | Shawn Mitchell | 41. | Springbrook Industries | 63. | Stephanie Thornton |
| 20. | Teva Allen | 42. | Vivian Blakey | 64. | Angelia Huntley |
| 21. | Anna Meany | 43. | Ben S. Taliferro | 65. | Jenenne Boyd |
| 22. | Lula Allen | 44. | Melvin Huntley | 66. | Michael Reed |

True and correct copies of items 1 - 66, above, are attached as Exhibit B.

*(b) Indirect Purchaser Consumer Subclass:*

The Claims Administrator received sixty-nine (69) Requests for Exclusion from:

1. Andrew A. Nicely
2. John-Robert: Hasson
3. Adam DaSilva
4. Rob Kutler
5. William Halpert
6. Annette Cancel
7. Belinda Hines
8. Blanca Torrado
9. Cathy Davis
10. Cindy Spivey
11. David A. Smith
12. Elizabeth Ortiz
13. Gold N Scents
14. James McDonough
15. Jerry Revis
16. Joan Lopez
17. Juan Ferrer
18. Marieli Quetglas
19. Myrthia Larrauri
20. Sandra Lobos
21. Teva Allen
22. Anna Meany
23. Lula Allen
24. Stewart B. Powell
25. Letson L. McCoy
26. Carol Batiste
27. Bruce Smith
28. Agustin Meizoso
29. Ashley Brown
30. Ben Scandlen
31. Brent Taylor
32. Cheryl Reed
33. D. W. Shelnutt
34. Davida Boykin
35. Eric Quetglas
36. Ice, LLC
37. Janet Davis
38. Jerry Riley
39. Jodi Turner
40. K E Butler & Co Jewelers
41. Miguel Velzquaz
42. Raquel Bonilla
43. Shawn Mitchell
44. Vivian Blakey
45. Ben S. Taliferro
46. Melvin Huntley
47. Nathan E. Bender
48. Monica Rachan
49. Diano Bivens
50. Jeri Smith
51. Angel Figueroa
52. Barton Jenkins
53. Bill Caypless
54. Bridget Strength
55. Chris Davis
56. Dan W. Taliaferro
57. Diane Shelnutt
58. Gay Jeweler, Inc.
59. James E. Johnston
60. Jeff Davis
61. Joan Brown
62. Jose Quetglas
63. Lamar Davis
64. Misty Lambert
65. Regina Russell
66. Stephanie Thornton
67. Angelia Huntley
68. Jenenne Boyd
69. Michael Reed

True and correct copies of items 1 - 69, above, are attached as Exhibit C.

5. The Claims Administrator did not receive any Requests for Exclusion postmarked after March 4, 2008.

6. Several potential Class Members sent to the Claims Administrator one Request for Exclusion and either requested exclusion from more than one Class or Subclass or did not specify the Class or Subclass they were excluding themselves from. In such cases where the potential Class Member requested exclusion from more than one Class or Subclass, the Request for Exclusion was included in each Class or Subclass requested. Similarly, in cases where the potential Class Member did not specify the Class or Subclass they were excluding themselves from, the Request for Exclusion was included in multiple Classes and Subclasses. As an example, refer to Bruce Smith Ltd., Bruce Smith and Jeri Smith listed in the following: Exhibit A, Item 2, Exhibit B, Item 24 and Exhibit C, Items 27 and 50.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on March 18, 2008 at Palm Beach Gardens, Florida.

Thomas R. Glenn