UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHAWN SULLIVAN, ET AL | : | Civil Action Index No.: 04-02819 (SRC) |
| Plaintiffs, | : | |
| | : | **HON. STANLEY R. CHESLER** |
| vs. | : | |
| | : | **NOTICE OF APPEAL** |
| DB INVESTMENTS, INC., et al. | : | |
| Defendants, | : | |

NOW COME Objectors Marvin L. Union, Tim Henning, Neil Freedman, Kylie Luke and William Benjamin Coffey, Jr. by and through the undersigned counsel, and hereby file this Notice of Appeal from 1) the Final Judgment and Order Granting Final Approval to the Class Action Settlement With Defendants DB Investment, Inc. De Beers S.A. De Beers Consolidated Mines, Ltd., De Beers A.G., Diamond Trading Company, CSO Valuations A.G., Central Selling Organization and De Beers Centenary A.G., and 2) the Order Awarding Attorneys' Fees, Reimbursement of Litigation Expenses and Incentive Awards, both of which were entered on May 22, 2008. Copies of the Orders (without exhibits) are attached hereto as Exhibits A and B.

Respectfully submitted,

VINCENT S. VERDIRAMO
Verdiramo & Verdiramo Esqs. PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

OF COUNSEL:

EDWARD F. SIEGEL (Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax

KENNETH E. NELSON (MBE 31993)
Nelson Law Firm, P.C.
2900 City Center Square
1100 Main Street
Kansas City, Missouri 64105
Telephone:  (816) 421-7225
Facsimile:  (816) 421-3339

SCOTT W. BROWNE
2830 Eastex Freeway
Beaumont Tx. 77703
(409) 898-2123
(409) 898-2126 fax

EDWARD W. COCHRAN
(OH Bar 0032942)
20030 Marchmont Rd.
Shaker Heights Ohio 44122
(216) 751-5546
(216) 751-6630 fax

STUART C. YOES
3535 Calder Ave. #235
Beaumont Tx 77726
(409) 833-2352
(409) 838-5577 fax

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Appeal was served by ordinary U.S. Mail, postage pre-paid and/or electronic filing, on the parties whose names and full addresses are listed below on the 17th day of June 2008.

Joseph J. Tabacco, Jr.
BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
425 California Street, Ste. 2100
San Francisco, CA  94104

John Maher
450 Springfield Ave.
Summit, NJ 07901-2611

Susan G. Kupfer
GLANCY BINKOW & GOLDBERG, LLP
455 Market St., Ste. 1810
San Francisco, CA 94105

Francis O. Scarpulla
LAW OFFICE OF
FRANCIS O. SCARPULLA
44 Montgomery St., Ste. 3400
San Francisco, CA 94104

Tracy R. Kirkham
COOPER & KIRKHAM P.C.
655 Montgomery St., 17th Floor
San Francisco, CA 94111

Craig C. Corbitt
Christopher T. Micheletti
ZELLE HOFMANN VOELBEL
MASON & GETTE, LLP
44 Montgomery St., Ste. 3400
San Francisco, CA 94104


William Bernstein
Eric B. Fastiff
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
275 Battery St., 30th Floor
San Francisco, CA 94111

Stephan Katz
Howard B. Becker
KOREIN TILLERY
Gateway One on the Mall
701 Market St., Ste. 300
St. Louis, Missouri 63101-1820

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Ave.
New York, NY 10110

Jared B. Starnell
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006

Robert A. Skirnick
MEREDITH COHEN GREENFOGEL
& SKIRNICK PC
One Liberty Plaza, 35th Floor
New York, NY 10006

Edward W. Harris, III
SOMMER BARNARD ATTORNEYS PC
One Indiana Square, Ste. 3500
Indianapolis, IN 46204

Steven C. Sunshine
CADWALAER, WICKERSHAM & TAFT LLP
1201 F. Street, N.W., Ste. 1100
Washington D.C. 20004

_____
Vincent S. Verdiramo