UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN SULLIVAN, ARRIGOTTI FINE JEWELRY and JAMES WALNUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>DB INVESTMENTS, INC., DE BEERS S.A., DE BEERS CONSOLIDATED MINES, LTD., DE BEERS A.G., DIAMOND TRADING COMPANY, CSO VALUATIONS A.G., CENTRAL SELLING ORGANIZATION, and DE BEERS CENTENARY A.G.,<br><br>Defendants. | Civil Action Index No. 04-2819 SRC<br><br>**[PROPOSED] ORDER APPROVING PAYMENT TO SETTLEMENT ADMINISTRATOR** |

Class Counsel is hereby authorized to direct the Escrow Agent to disburse from the Settlement Fund $251,155.65 to pay the Settlement Administrator, Rust Consulting, Inc. and Complete Claims Solutions, Inc., as reflected on the submitted billing summaries, in accordance with the terms of the Settlement Agreement and Escrow Agreement.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: December 15, 2009

_____
The Honorable Stanley R. Chesler
United States District Judge