

**Sarah Blaine**
Associate
Tel  973 422 6728
Fax  973 422 6729
sblaine@lowenstein.com

April 27, 2010

**VIA ECF**
The Honorable Stanley R. Chesler, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
Room 417
P.O. Box 999
Newark, NJ  07101-0999

Re:   *Sullivan v. DB Investments, Inc.;*
      **Civil Action No.: 04-cv-2819(SRC)**

Dear Judge Chesler:

This firm, along with Skadden, Arps, Slate, Meagher & Flom LLP, represents Defendant De Beers S.A. in the above-referenced civil action. We respectfully request that the Court adjust the briefing schedule for the Motion to Intervene by Michelle Fairhurst (docket number #399) in accordance with the schedule agreed to by the parties.

The parties have agreed that De Beers S.A.'s opposition will now be due on May 24, 2010 and Ms. Fairhurst's reply will now be due on June 1, 2010. As a result, the new return date will be June 7, 2010. The parties have not previously requested any extensions of time with regard to this motion.

Please do not hesitate to contact me if you have any questions or concerns.

Respectfully submitted,

Sarah Blaine

SB:ep

18212/2
04/27/10 14260448.1

cc:   All counsel (via ECF)

**Lowenstein Sandler PC**   In California, Lowenstein Sandler LLP                         www.lowenstein.com

65 Livingston Avenue   Roseland, NJ 07068  Tel 973 597 2500  Fax 973 597 2400          New York  Palo Alto  Roseland