**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHAWN SULLIVAN, ARRIGOTTI FINE JEWELRY and JAMES WALNUM, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>DB INVESTMENTS, INC., DE BEERS, S.A.., DE BEERS CONSOLIDATED MINES, LTD., DE BEERS A.G., DIAMOND TRADING COMPANY, CSO VALUATIONS A.G., CENTRAL SELLING ORGANIZATION, and DE BEERS CENTENARY A.G.,<br><br>       Defendants. | Civil Action No. 04-cv-2819 (SRC)<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br>**ORDER TO SEAL** |

    Upon the March 26, 2010 application by Lowenstein Sandler PC, counsel for Defendant De Beers S.A., for an order pursuant to Local Civil Rule 5.3(c) to seal the complete, unredacted version of a document that has been filed publicly in redacted form, and the Court having found (a) the nature of the materials at issue is confidential; (b) legitimate private and public interests warrant the relief sought; (c) clearly defined and serious injury would result if the relief sought is not granted; and (d) no less restrictive alternative to the relief sought is available; and upon determination by the Court that sealing is appropriate to protect against disclosure of said confidential information, it is

    ORDERED that the Declaration of Steven C. Sunshine (which has already been filed electronically in redacted form) shall be filed by the Clerk of the Court under seal, and defendant De Beers S.A. is hereby authorized to file this document marked "under seal" via the Court's ECF system.

Dated: June 10, 2010

SO ORDERED:

_____
**Michael A. Shipp
United States Magistrate Judge**