UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHAWN SULLIVAN, ARRIGOTTI FINE JEWELRY and JAMES WALNUM, on behalf of themselves and all others similarly situated, | : : : : : | Civil Action No. 04-2819 (SRC) |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | |
| DB INVESTMENTS, INC., DE BEERS S.A., DE BEERS CONSOLIDATED MINES, LTD., DE BEERS A.G., DIAMOND TRADING COMPANY, CSO VALUATIONS A.G., CENTRAL SELLING ORGANIZATION, and DE BEERS CENTENARY A.G., | : : : : : : : : | |
| Defendants. | : : | |

**CHESLER**, District Judge

This matter having come before the Court upon the motion to intervene by Michelle Fairhurst; and the Court having considered the parties' submissions; and the Court having held oral argument on June 29, 2010; and for the reasons stated on the record of oral argument on June 29, 2010,

**IT IS** on this 29th day of June, 2010,

**ORDERED** that the motion to intervene by Michelle Fairhurst (Docket Entry No. 399) is **DENIED**.

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge