04-2819

June 25, 2012

Judge Stanley Chesler
United States Supreme Court
50 Walnut Street
Newark, New Jersey
07102

Dear Judge Chesler,

Please forgive that I don't type.

I'm sorry to bother you. But there is no one else to turn to without getting involved in lengthy attorney mal. practice litigation.

I am a consumer claimant in the Diamond class action lawsuit docket number 04-2819-SRC. I am aware that you certified the case as settled some time ago. And have ordered such payment to be made. Judge Wolin told me that payment would be made within four to eight weeks which ends today. I have not received any payment. My claim number is 51570941

The attorneys in this case have failed to provide the required information in this case. When I spoke to Judge Wolin he explained that Rust Claims Processing would be making the distribution (612)-359-2000. If you call them they say they are doing "audits" and will distribute in the coming months. All but the consumer class was settled in 2008 according to

YOUR ORIGINAL SETTLEMENT AGREEMENT

THE ATTORNEYS FILED APPEALS ON BEHALF OF THIRY-FIVE CONSUMERS WHICH WAS PERMITTED AND THEN REVERSED AFTER AN EN BANC HEARING THAT UPHELD YOUR ORIGINAL RULING.

NEXT ONE OF THE ATTORNEYS SHAWN SULLIVAN FILED FOR JUDICIAL REVIEW WHICH WAS FRIVOLOUS AND REJECTED OUT OF HAND ON APRIL 2, 2012.

ANOTHER ATTORNEY ANDREW J. PINCUS OF MAYER BROWN (202) 263-3000 APPLIED FOR A SIXTY DAY EXTENSION IN ORDER TO OBTAIN JUDICIAL REVIEW DOCKET NUMBER 11A863 AND HIS APPLICATION WAS GRANTED BY JUDGE ALITO MR PINCUS NEVER FILED ANY PAPERS BUT MERELY RAN OUT THE CLOCK. HIS SECRETARY SAID HE ONLY FILED AN AMICUS BRIEF IN THE APPEAL.

I HAVE TRIED, WITHOUT SUCCESS, TO GET A COPY OF YOUR ORDER. BUT I CAN TELL FROM THE WAY YOU SEGREGATED EVERYTHING THERE WAS TO BE NO NONSENSE.

IT IS CLEAR TO ME THAT THE ATTORNEYS AND RUST CLAIMS PROCESSING ARE NOT ACTING IN THE INTEREST OF THE CLIENTS THEY ARE REPRESENTING I WILL BE GRATEFUL FOR ANY ASSISTANCE YOU CAN PROVIDE TO EXPEDITE PAYMENT.

-3-

CONVERSELY IF I CANNOT OBTAIN THE FUNDS DUE ME PLEASE ADVISE IF LEGAL ACTION WILL BE REQUIRED

SINCERELY,

*[signature]*

33 MOUNTAIN RIDGE DRIVE
LIVINGSTON, NEW JERSEY
07039-3429

B. BOERER
33 MOUNTAIN RIDGE DRIVE
LIVINGSTON, NEW JERSEY

RECEIVED
JUN 27 2012
AT 8:30
WILLIAM T. WALSH, CLERK

JUDGE STANLEY CHESLER
UNITED STATES SUPREME COURT
50 WALNUT STREET
NEWARK, NEW JERSEY
07102