UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| SHAWN SULLIVAN, et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action Index No. |
| -against- | 04-02819 (SRC) |
| DB INVESTMENTS, INC., et al., | *Electronically Filed* |
| Defendants. | |

_____

**NOTICE OF MOTION AND MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO THE INDIRECT PURCHASER RESELLER SUBCLASS AND REIMBURSEMENT OF ADDITIONAL EXPENSES INCURRED BY CLASS COUNSEL**

i

PLEASE TAKE NOTICE that the undersigned, attorneys for the Class in the above-captioned case, hereby move this Court for an order approving distribution of settlement funds to the Indirect Purchaser Reseller Subclass and reimbursement of additional expenses incurred by Class Counsel.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, movants will rely on the accompanying Memorandum of Law in Support of Plaintiffs' Motion for an Order Approving Distribution of Settlement Funds to the Indirect Purchaser Reseller Subclass and Reimbursement of Additional Expenses Incurred by Class Counsel; the Declaration of Joseph J. Tabacco, Jr., in Support of Plaintiffs' Motion for an Order Approving Distribution of Settlement Funds to the Indirect Purchaser Reseller Subclass and Reimbursement of Additional Expenses Incurred by Class Counsel and exhibits attached thereto; and the Declaration of Daniel Coggeshall Regarding the Claims Administration Process and Allocation and Distribution of the Net Settlement Fund and exhibits attached thereto; all of which are submitted concurrently herewith.

PLEASE TAKE FURTHER NOTICE that a [Proposed] Order Approving Distribution of the Indirect Purchaser Reseller Subclass Net Settlement Fund to Authorized Reseller Claimants and Reimbursement of Additional Expenses Incurred by Counsel, granting the relief sought in this motions is also being submitted concurrently herewith.

Dated: July 16, 2012                              Respectfully submitted,

                                                  By: /s/ John A. Maher
                                                  John A. Maher
                                                  LAW OFFICES OF JOHN A. MAHER

1

450 Springfield Avenue
Summit, New Jersey 07901-3626
Telephone: (908) 277-2444

*On Behalf of All Class Counsel*

Joseph J. Tabacco, Jr.
BERMAN DeVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200

Susan G. Kupfer
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: (415) 972-8160

*Counsel for the Indirect Purchaser
Reseller Subclass*

William Bernstein
Eric B. Fastiff
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Josef D. Cooper
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.
357 Tehama Street, 2nd Floor
San Francisco, CA 94103-4169
Telephone: (415) 788-3030

Craig C. Corbitt
ZELLE HOFMANN VOELBEL MASON
& GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

Stephen Katz
Howard B. Becker
KOREIN TILLERY
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

*Counsel for the Indirect Purchaser Consumer Subclass*

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
61 Broadway
Suite 501
New York, NY 10006
Telephone: (212) 608-1900

*Counsel for the Leider Plaintiffs*

Jared B. Stamell
STAMELL & SCHAGER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006
Telephone: (212) 566-4047

Robert A. Skirnick
Maria A. Skirnick
MEREDITH COHEN GREENFOGEL
& SKIRNICK, P.C.
19 Rockwood Road West
Manhasset, NY 11030
Telephone: (917) 599-7200

3

Edward W. Harris III
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square
Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500

*Counsel for the Direct Purchaser Plaintiffs*