LAW OFFICES OF JOHN A. MAHER
450 Springfield Avenue
Summit, New Jersey 07901-3626
(908) 277-2444

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN SULLIVAN, et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action Index No. |
| -against- | 04-02819 (SRC) |
| DB INVESTMENTS, INC., et al., | *Electronically Filed* |
| Defendants. | |

## CERTIFICATION OF SERVICE

John A. Maher, being of full age, hereby declares and certifies as follows:

1. I am one of the Plaintiffs' counsel in the above-captioned action, and a member in good standing of the Bar of this Court.

2. On July 16, 2012, I caused the following documents to be filed with the Court and to be served on all counsel of record via the Court's ECF system:

    a. NOTICE OF MOTION AND MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO THE INDIRECT PURCHASER RESELLER SUBCLASS AND REIMBURSEMENT OF ADDITIONAL EXPENSES INCURRED BY CLASS COUNSEL;

1

b. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO THE INDIRECT PURCHASER RESELLER SUBCLASS AND REIMBURSEMENT OF ADDITIONAL EXPENSES INCURRED BY CLASS COUNSEL;

c. DECLARATION OF JOSEPH J. TABACCO, JR., IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER APPROVING DISTRIBUTION OF SETTLEMENT FUNDS TO THE INDIRECT PURCHASER RESELLER SUBCLASS AND REIMBURSEMENT OF ADDITIONAL EXPENSES INCURRED BY CLASS COUNSEL;

d. DECLARATION OF DANIEL COGGESHALL REGARDING THE CLAIMS ADMINISTRATION PROCESS AND ALLOCATION AND DISTRIBUTION OF THE NET SETTLEMENT FUND;

e. [PROPOSED] ORDER APPROVING DISTRIBUTION OF THE INDIRECT PURCHASER RESELLER SUBCLASS NET SETTLEMENT FUND TO AUTHORIZED RESELLER CLAIMANTS AND REIMBURSEMENT OF ADDITIONAL EXPENSES INCURRED BY CLASS COUNSEL; and

f. CERTIFICATION OF SERVICE.

3. On July 16, 2012, I caused a courtesy copy of the motion papers to be delivered via Federal Express overnight delivery to the chambers of The Honorable Stanley R. Chesler, U.S.D.J.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 16, 2012                                  /s/ John A. Maher
                                                                 John A. Maher