

**Saiber**
ATTORNEYS AT LAW

Hon. Alfred M. Wolin U.S.D.J. (Ret.)
973.645.4816
awolin@saiber.com

November 8, 2017

Re:  Sullivan v. DB Investments, Inc., et al.      Our File No. 8935/2
     Docket No. 04-02819 (SC)                      Invoice No. 266460

---

**FOR PROFESSIONAL SERVICES RENDERED**

This invoice represents attention to Indirect Purchaser Consumer Subclass *Cy Pres* application since April 26, 2017 and is inclusive of telephone conferences, document review, preparation of Special Master Report and presentation and filing of the application with the Court. Because the professional services occurred over a sustained period of time this invoice is block billed as opposed to task billed............................................................$10,000.00